# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 14, 2016

## NO. 03-16-00200-CV

**Daniel Alan Sliger, Appellant**

**v.**

**Audra Renee Rodriguez, Appellee**

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the final divorce decree signed by the district court on February 25, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's final divorce decree. Therefore, the Court affirms the district court's final divorce decree. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.